THOMPSON v. DUNNINGTON. (Circuit Court of Appeals, Fourth Circuit. February 28, 1910.) No. 941. On Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Eastern District of Virginia, at Richmond. George Bryan and E. B. Thomason (Thomason & Minor, on the briefs), for petitioner. J. T. Coleman (Coleman, Easley & Coleman, on the briefs), for respondent. Before PRITCHARD, Circuit Judge, and BOYD and DAYTON, District Judges.

PER CURIAM. After careful consideration of this record, we are clearly of the opinion that the alleged errors sought to be revised and corrected present not alone questions of law but of fact, and should, therefore, have been brought here by appeal; but, while we reach this conclusion, we nevertheless realize the case has been properly determined on its merits. Coder, Trustee, v. Arts, 213 U. S. 223, 29 Sup. Ct. 436, 53 L. Ed. 772: Steiner v. Marshall, 140 Fed. 710. 72 C. C. A. 103: Kenova L. & T. Co. v. Graham, 135 Fed. 717, 68 C. C. A. 355. Petition dismissed.

---

WRIGHT et al. v. BLACK. (Circuit Court of Appeals, Fourth Circuit. February 21, 1910.) No. 909. In Error to the Circuit Court of the United States for the Northern District of West Virginia, at Wheeling. J. P. Handlan and Henry M. Russell, for plaintiffs in error. William Erkskine, Benjamin S. Allison, and Edward Kibler, for defendant in error. Before PRITCHARD, Circuit Judge, and BRAWLEY and CONNOR, District Judges.

PER CURIAM. This was an action in assumpsit to recover compensation for personal services. It involved questions of fact that seem to us to have been fairly submitted to the jury, and a careful examination of the record and of the printed arguments submitted fails to satisfy us that any reversible errors were committed on the trial. The judgment of the court below is therefore affirmed.

---

ZELL et al. v. NORFOLK & S. RY. CO. et al. (Circuit Court of Appeals. Fourth Circuit. March 11, 1910.) No. 964. Appeal from the Circuit Court of the United States for the Eastern District of Virginia, at Norfolk. Thomas Leaming, R. T. Thorp, and Tazwell Taylor (John G. Johnson, on the brief), for appellants. T. L. Chadbourne. Jr., and Edward R. Baird, Jr. (Frederick Hoff, on the brief), for appellees. Before GOFF and PRITCHARD, Circuit Judges, and BOYD, District Judge.

PER CURIAM. We find no equity in the claim of appellants, which is made against the purchasers of the property described in the proceedings of this cause, and we conclude that the court below did not err when it refused to allow said appellants, under the circumstances disclosed by this record, to file their intervention in the foreclosure suit then being disposed of by it. Affirmed.